# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GRANILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEATHERFORD U.S., L.P., et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01614 DAD JLT<br><br>ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT<br>(Doc. 3) |

　　　　The parties have stipulated to allow the plaintiff to file a first amended complaint (Doc. 3). Thus, the Court **ORDERS**:

　　　　1.　　　　The plaintiff may file his first amended complaint within three court days;

　　　　2.　　　　Within 30 days thereafter, the defendants SHALL file a responsive pleading or a notice that their answer filed in response to the original complaint will suffice as the responsive pleading to the first amended complaint.

IT IS SO ORDERED.

　　Dated:　**January 20, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE