**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD GRANILLO, an individual, on behalf himself and the State of California as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>WEATHERFORD U.S., L.P., a Louisiana Limited Partnership; and DOES 1 TO 20,<br><br>Defendants. | Case Number: 1:20-cv-01614-DAD-JLT<br><br>[~~Proposed~~] Order re Stipulation and Joint Request to Modify Scheduling Order<br>(Doc. 14) |

Having read and considered the Parties' Stipulation and Joint Request to Modify Scheduling Order and finding good cause in support thereof[1], this Court hereby orders that the dates set in the Scheduling Order (Dkt. 7) are hereby continued 120 days as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Settlement Conference | October 4, 2021 | Jan. 31, 2022, 9:00 a.m. |
| Non-expert discovery deadline | December 10, 2021 | April 11, 2022 |
| Deadline to disclose expert witnesses | January 7, 2022 | May 9, 2022 |
| Deadline to disclose rebuttal expert witnesses | February 7, 2022 | June 7, 2022 |
| Expert discovery deadline | February 28, 2022 | June 28, 2022 |
| Non-dispositive pre-trial motion | March 14, 2022 | July 12, 2022 |

---

[1] The Court notes that the stipulated protective order, was filed as a "motion for a protective order" (Doc. 2) rather than as a stipulation, the stipulated protective order was docketed as a "proof of service" (Doc. 11-1) and counsel failed to email a proposed order to the Court. Consequently, the Court failed to appreciate the stipulation had been filed.

1

[~~Proposed~~] Order Re Stipulation and Joint Request to Modify Scheduling Order

| | | |
|---|---|---|
| deadline | | |
| Deadline to have non-dispositive pre-trial motions heard | April 19, 2022 | August 16, 2022 |
| Deadline to file dispositive pre-trial motions | May 4, 2022 | September 1, 2022 |
| Deadline to have dispositive pre-trial motions heard | June 7, 2022 | October 4, 2022 |
| Pre-trial conference date | October 3, 2022 | January 30, 2023, 3 p.m. |

IT IS SO ORDERED.

Dated:   **July 30, 2021**              /s/ Jennifer L. Thurston
                                         CHIEF UNITED STATES MAGISTRATE JUDGE