1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD GRANILLO, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WEATHERFORD U.S., L.P., a Louisiana limited partnership, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01614-DAD-BAK (SKO)<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 21) |

11

12

13

14

15

16

17

18

19     The parties report that they have settled the matter and request the Court to schedule a

20 hearing on the motion for approval of the collective action (PAGA) settlement, to be heard at

21 the Court's first available hearing date on or after April 19, 2022.  (Doc. 21 at 2).  The parties

22 have not yet filed their motion.  Accordingly, the Court ORDERS:

23     1.    All pending dates, conferences and hearings are VACATED; and

24     2.    The parties are DIRECTED to file their motion no later than twenty-eight days

25 before their desired hearing date, of which they can choose any first or third Tuesday of a

26 month, including April 19, 2022, if that is the preference.

27

28

1

IT IS SO ORDERED.

2

Dated:   __**January 24, 2022**__                    _____/s/ _Sheila K. Oberto_____

3

                                                                    UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28